██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON BIBBES, Appellant. [954 NYS2d 923]—Motion for reargument of the appeal is granted to the extent that, upon reargument, the memorandum and order entered September 28, 2012 (98 AD3d 1267 [2012]) is amended by deleting the first sentence of the fourth paragraph of the memorandum and substituting the following sentence: "We reject defendant's further contention that Supreme Court erred in permitting a prosecution witness to testify that, on the day after the incident, defendant told her that he would 'cap [the victim] and her daughter' because he would not go to jail for a crime he did not commit, and that defendant then pulled up his shirt and revealed 'like a little gun or something like that in his waist.' " Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

██ In the Matter of the Estate of STEVEN MAKITRA, SR., Deceased. WILLIAM T. MAKITRA, as Executor of STEVEN MAKITRA, SR., Deceased, Respondent; STEVEN A. MAKITRA, JR., Objectant-Appellant; PATRICK MCALLISTER, ESQ., guardian ad litem for SHANEGLASS, Respondent. [953 NYS2d 515]—Motion for reargument granted to the extent that a new oral argument of this appeal is added to this Court's day calendar at 9:30 a.m. on Wednesday, December 5, 2012. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.